| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MARYLAND |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Peter Rinaldi DMD LLC** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **DBA  Rinaldi Dental Arts** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-2395225** |
| 4. | **Debtor's address** | **Principal place of business**  **5481 Wisconsin Ave, Suite 221**  **Chevy Chase, MD 20815**  Number, Street, City, State & ZIP Code    **Montgomery**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | rinaldidentalarts.com |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **Peter Rinaldi DMD LLC**  Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__6212__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** *that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  **Peter Rinaldi DMD LLC**      Case number (*if known*)
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | |
| | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor **Peter Rinaldi DMD LLC**      Case number (*if known*)
   Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Peter Rinaldi DMD LLC**     Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 19, 2024**
MM / DD / YYYY

X **/s/ Peter Rinaldi**     **Peter Rinaldi**
Signature of authorized representative of debtor    Printed name

Title  **Owner**

**18. Signature of attorney**

X **/s/ David E. Lynn**     Date **January 19, 2024**
Signature of attorney for debtor    MM / DD / YYYY

**David E. Lynn MDFedBar#08779**
Printed name

**David E. Lynn, P.C.**
Firm name

**15245 Shady Grove Road, Suite 465 N**
**Rockville, MD 20850**
Number, Street, City, State & ZIP Code

Contact phone **301-255-0100**     Email address **davidlynn@verizon.net**

**MDFedBar#08779 MD**
Bar number and State

In re   **Peter Rinaldi DMD LLC** _____   Case No. _____

Debtor(s)

# FORM 1. VOLUNTARY PETITION
## Attachment A

## RESOLUTION ON BEHALF OF PETER RINALDI DMD LLC

The undersigned, being the sole Member of Peter Rinaldi DMD LLD, LLC (the "Company") hereby adopts the following resolutions on behalf of the Company:

WHEREAS, the Company is indebted to various persons and is unable to pay its debts in full as they become due and payable, and desires to make an arrangement with its creditors; and

WHEREAS, the Company is in need of legal counsel to protect the interests of the Company, its creditors and other interested parties in the resolution of these financial difficulties,

BE IT THEREFORE RESOLVED:  That in the judgment of the Member of the Company, it would be in the best interests of the Company, its creditors and other interested parties that a Chapter 11 proceeding be filed for the Company in the United States Bankruptcy Court for the District of Maryland, and it is

FURTHER RESOLVED: that Peter Rinaldi, sole Member of the Company, is hereby authorized and directed on behalf of the Company to perform all acts, execute all papers and do all things reasonably necessary and incident to the filing and continuing prosecution of such a Chapter 11 proceeding, and it is

FURTHER RESOLVED:  That the Company is authorized to retain and employ as legal counsel the firm of David E. Lynn, P.C., of Rockville, Maryland for the successful resolution of such Chapter 11 proceedings.

THIS RESOLUTION is adopted by the signature of the Member hereon.

Dated:   January 19, 2024                     */s/ Peter Rinaldi* _____

Peter Rinaldi, DMD, sole Member

In re  **Peter Rinaldi DMD LLC**                            Case No.
Debtor(s)

# FORM 1. VOLUNTARY PETITION
### Attachment B

## STATEMENT PURSUANT TO 11 U.S.C. § 1116(1)(B)

      Attached is the Debtor's most-recent statement of operations.

      The Debtor has no cash flow statement separate from its statement of operations, nor does it produce a balance sheet.

      As a single-member limited liability company, the Debtor's financial results are reported on the tax returns of its Member, Peter Rinaldi, so the Debtor has no separate federal income tax return to append to this filing.

# Peter Rinaldi DMD LLC
## Profit and Loss
### January - November, 2023

| | Jan 2023 | Feb 2023 | Mar 2023 | Apr 2023 | May 2023 | Jun 2023 | Jul 2023 | Aug 2023 | Sep 2023 | Oct 2023 | Nov 2023 | Total | % of Income | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Current | Current | Current | Current | Current | Current | Current | Current | Current | Current | Current | Current | | |
| **Income** | | | | | | | | | | | | | | |
| CC Rewards | | | | | | | | 562.81 | | 209.49 | | 772.30 | 0.05% | |
| Income fee from practice | 113,902.50 | 154,741.49 | 247,663.23 | 124,732.86 | 195,356.90 | 133,427.11 | 74,668.28 | 115,671.65 | 149,960.04 | 87,943.72 | 134,625.71 | 1,532,693.49 | 94.41% | |
| Other Income | | | | | | | | 90,194.61 | | | | 90,194.61 | 5.56% | |
| Patient Refunds | | | -250.00 | | | | | | | | -29.00 | -279.00 | -0.02% | |
| **Total Income** | $ 113,902.50 | $ 154,741.49 | $ 247,413.23 | $ 124,732.86 | $ 195,356.90 | $ 133,427.11 | $ 74,668.28 | $ 206,429.07 | $ 149,960.04 | $ 88,153.21 | $ 134,596.71 | $ 1,623,381.40 | 100.00% | |
| **Gross Profit** | $ 113,902.50 | $ 154,741.49 | $ 247,413.23 | $ 124,732.86 | $ 195,356.90 | $ 133,427.11 | $ 74,668.28 | $ 206,429.07 | $ 149,960.04 | $ 88,153.21 | $ 134,596.71 | $ 1,623,381.40 | 100.00% | |
| **Expenses** | | | | | | | | | | | | | | |
| Advertising/Promotional | 1,441.25 | | 6,537.50 | 2,159.56 | 1,711.00 | 1,491.20 | 1,491.20 | 1,491.20 | 49.95 | 2,195.00 | 2,457.00 | 21,024.86 | 1.30% | 5% |
| Bank Charges | 3,544.36 | 3,294.56 | 2,188.88 | 3,343.57 | 2,565.87 | 38.00 | 166.00 | 4.00 | 1,994.68 | 141.00 | 74.38 | 17,355.30 | 1.07% | |
| Computer & Software | 638.81 | 207.14 | 4,123.37 | 25.37 | 3,596.12 | 783.37 | 71.38 | 4,753.31 | 114.52 | 3,418.36 | 77.24 | 17,808.99 | 1.10% | |
| Continuing Education | 249.00 | 996.00 | 270.00 | 270.00 | 270.00 | 1,442.00 | 270.00 | 766.41 | 5,680.46 | 7,517.26 | 5,143.42 | 22,874.55 | 1.41% | 1% |
| Dues & Subscriptions | | | | | | | | 8,231.09 | | | 50.00 | 8,281.09 | 0.51% | |
| Entertainment Meals | | 106.81 | 487.84 | 3,283.67 | 3,230.00 | 4,518.48 | 1,107.06 | 1,822.52 | | 1,018.75 | 1,511.23 | 17,086.36 | 1.05% | |
| Insurance Expense | 335.99 | 288.44 | 1,526.19 | 288.43 | 5,563.24 | 5,563.17 | 303.49 | 509.75 | 427.02 | 364.32 | 411.75 | 15,581.79 | 0.96% | |
| Business Insurance W/C | | | 5,244.10 | 5,002.30 | 3,797.12 | 3,323.40 | 947.40 | 740.13 | 740.13 | 1,365.91 | 1,097.67 | 22,258.16 | 1.37% | |
| Health | 4,914.45 | 5,259.68 | 5,259.68 | 5,259.68 | | | | 15,779.04 | | | 5,259.68 | 41,732.21 | 2.57% | |
| Insurance - Life | 4,354.35 | 1,947.00 | 1,746.16 | 2,147.84 | 1,947.00 | 6,037.88 | 3,992.44 | 3,791.60 | 3,997.86 | 3,997.86 | 3,997.86 | 37,957.85 | 2.34% | |
| Malpractice Insurance | | | 12.21 | | 2,110.50 | | | | | | | 2,122.71 | 0.13% | |
| **Total Insurance Expense** | $ 9,604.79 | $ 7,495.12 | $ 13,788.34 | $ 12,698.25 | $ 13,417.86 | $ 14,924.45 | $ 5,243.33 | $ 20,820.52 | $ 5,165.01 | $ 5,728.09 | $ 10,766.96 | $ 119,652.72 | 7.37% | |
| Interest Paid | 422.98 | 369.87 | 423.67 | 389.96 | 409.68 | 328.48 | 414.35 | 413.69 | 407.17 | 438.86 | 428.20 | 4,446.91 | 0.27% | |
| Legal & Professional Fees | 1,200.00 | 1,200.00 | 6,696.00 | 1,200.00 | 1,205.00 | 1,205.00 | | 1,205.00 | 1,205.00 | 200.00 | 1,405.00 | 16,721.00 | 1.03% | |
| Office Supplies | 2,756.29 | 2,730.41 | 3,863.54 | 2,056.21 | 2,659.65 | 2,797.90 | 3,111.04 | 2,422.62 | 2,255.87 | 2,353.90 | 1,651.67 | 28,659.10 | 1.77% | 2% |
| Payroll Expenses | | | | | | | | | | 11,328.57 | 15,358.56 | 26,687.13 | 1.64% | |
| Payroll Processing Fees | 198.35 | 865.60 | 252.00 | 98.35 | 98.35 | 98.35 | 102.81 | 108.95 | 1.77 | | 90.00 | 1,914.53 | 0.12% | |
| Payroll Tax | 7,304.52 | 1,054.82 | 2,622.35 | 1,704.99 | 2,667.82 | 1,812.25 | 1,677.18 | | | | | 18,843.93 | 1.16% | |
| Staff Salary | 33,468.81 | 16,536.37 | 27,701.61 | 22,287.54 | 37,348.62 | 23,689.81 | 13,622.14 | 13,314.73 | 15,160.18 | | | 203,129.81 | 12.51% | |
| **Total Payroll Expenses** | $ 40,971.68 | $ 18,456.79 | $ 30,575.96 | $ 24,090.88 | $ 40,114.79 | $ 25,600.41 | $ 15,402.13 | $ 13,423.68 | $ 15,161.95 | $ 11,328.57 | $ 15,448.56 | $ 250,575.40 | 15.44% | |
| Professional Supplies | | | | | | | | | | | | 0.00 | 0.00% | |
| Dental Supplies | 8,522.82 | 6,648.11 | 16,175.71 | 4,494.77 | 16,383.24 | 10,531.12 | 3,004.31 | 48,263.24 | 8,126.32 | 3,709.86 | 1,591.06 | 127,450.56 | 7.85% | 7.5% |
| Lab Fees | 11,514.04 | 794.88 | 58,023.88 | 650.00 | 21,213.96 | 42,362.24 | 4,520.95 | 8,498.77 | 33,976.48 | 5,488.70 | 14,743.63 | 201,787.53 | 12.43% | 6% |
| **Total Professional Supplies** | $ 20,036.86 | $ 7,442.99 | $ 74,199.59 | $ 5,144.77 | $ 37,597.20 | $ 52,893.36 | $ 7,525.26 | $ 56,762.01 | $ 42,102.80 | $ 9,198.56 | $ 16,334.69 | $ 329,238.09 | 20.28% | |
| Rent or Lease (Condo) | | 21,350.00 | 21,350.00 | 15,000.00 | 21,350.00 | 21,350.00 | 21,600.00 | 21,600.00 | | 21,600.00 | 13,200.00 | 178,400.00 | 10.99% | 8% |
| Equipment Lease | 42.93 | | | 42.93 | | | | | 42.93 | 42.93 | 42.93 | 214.65 | 0.01% | |
| **Total Rent or Lease (Condo)** | $ 42.93 | $ 21,350.00 | $ 21,350.00 | $ 15,042.93 | $ 21,350.00 | $ 21,350.00 | $ 21,600.00 | $ 21,642.93 | $ 42.93 | $ 21,642.93 | $ 13,200.00 | $ 178,614.65 | 11.00% | |
| Repair & Maintenance | 563.30 | | 782.46 | 25.43 | | 505.95 | | 596.61 | 69.89 | 654.18 | 164.26 | 3,362.08 | 0.21% | |
| Taxes Paid | | 1,765.78 | 303.54 | 868.00 | 1,208.00 | | | 403.00 | | | | 4,548.32 | 0.28% | |
| Travel | | | | 603.26 | 2,531.61 | | 666.12 | 1,400.00 | | 32.41 | 385.65 | 1,279.35 | 6,898.40 | 0.42% | |
| Utilities | 3,249.56 | 1,703.64 | 2,829.81 | 1,276.60 | 2,062.27 | 2,166.48 | 1,583.22 | 1,553.85 | 2,486.55 | 1,651.37 | 1,347.95 | 21,911.30 | 1.35% | |
| Cleaning | 2,941.00 | 1,083.00 | 1,083.00 | 1,083.00 | 1,083.00 | 1,083.00 | 1,083.00 | 1,083.00 | 1,083.00 | 1,083.00 | 1,083.00 | 13,771.00 | 0.85% | |
| Security | 114.76 | | 666.40 | 110.22 | 110.22 | 110.22 | 57.23 | 57.23 | 110.22 | 149.81 | 412.40 | 1,898.71 | 0.12% | |
| **Total Utilities** | $ 6,305.32 | $ 2,786.64 | $ 4,579.21 | $ 2,469.82 | $ 3,255.49 | $ 3,359.70 | $ 2,723.45 | $ 2,694.08 | $ 3,679.77 | $ 2,884.18 | $ 2,843.35 | $ 37,581.01 | 2.31% | |
| **Total Expenses** | $ 87,777.57 | $ 68,202.11 | $ 170,169.90 | $ 73,671.68 | $ 135,122.27 | $ 131,238.30 | $ 59,791.32 | $ 138,852.67 | $ 77,962.41 | $ 69,105.29 | $ 72,835.31 | $ 1,084,728.83 | 66.82% | |
| **Net Operating Income** | $ 26,124.93 | $ 86,539.38 | $ 77,243.33 | $ 51,061.18 | $ 60,234.63 | $ 2,188.81 | $ 14,876.96 | $ 67,576.40 | $ 71,997.63 | $ 19,047.92 | $ 61,761.40 | $ 538,652.57 | 33.18% | |
| **Other Income** | | | | | | | | | | | | | | |
| Interest Income | | | | 0.22 | 0.29 | | | | | | | 0.51 | 0.00% | |
| **Total Other Income** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.22 | $ 0.29 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.51 | 0.00% | |
| **Other Expenses** | | | | | | | | | | | | | | |
| Ask my client | | | | | | | | 9,244.87 | | 4,101.59 | 36,325.67 | 49,672.13 | 3.06% | |
| Automobile Expense | 2,389.07 | 3,615.69 | 2,712.49 | 2,413.70 | 4,007.15 | 5,213.42 | 1,190.72 | 9,037.11 | 10,278.95 | 3,533.87 | 5,219.54 | 49,611.71 | 3.06% | |
| **Total Other Expenses** | $ 2,389.07 | $ 3,615.69 | $ 2,712.49 | $ 2,413.70 | $ 4,007.15 | $ 5,213.42 | $ 1,190.72 | $ 18,281.98 | $ 10,278.95 | $ 7,635.46 | $ 41,545.21 | $ 99,283.84 | 6.12% | |
| **Net Other Income** | -$ 2,389.07 | -$ 3,615.69 | -$ 2,712.49 | -$ 2,413.48 | -$ 4,006.86 | -$ 5,213.42 | -$ 1,190.72 | -$ 18,281.98 | -$ 10,278.95 | -$ 7,635.46 | -$ 41,545.21 | -$ 99,283.33 | -6.12% | |
| **Net Income** | $ 23,735.86 | $ 82,923.69 | $ 74,530.84 | $ 48,647.70 | $ 56,227.77 | -$ 3,024.61 | $ 13,686.24 | $ 49,294.42 | $ 61,718.68 | $ 11,412.46 | $ 20,216.19 | $ 439,369.24 | 27.07% | |

PRELIMINARY REPORT. FOR DISCUSSION ONLY. NO OPINION EXPRESSED OR IMPLIED.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Peter Rinaldi DMD LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Firstrust Bank**<br>1 Walnut Grove Drive<br>Horsham, PA 19044 | | Dental equipment, furnishings, inventory and accounts receivable. | | $1,723,127.00 | $190,197.56 | $1,532,929.44 |
| **SREIT Barlow, LLC**<br>1255 23rd Street NW, Ste. 250<br>Washington, DC 20037 | | Back rent | | | | $180,000.00 |
| **U.S. Small Business Admin.**<br>**Washington District Office**<br>1110 Vermont Ave., N.W. #900<br>Washington, DC 20005 | | Dental equipment, furnishings, inventory and accounts receivable. | | $102,466.00 | $190,197.56 | $102,466.00 |
| **US Bank**<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | | Dental equipment, furnishings, inventory and accounts receivable. | | $73,155.00 | $190,197.56 | $73,155.00 |
| **Jason J. Kim Dental Aesthetics**<br>5 Harbor Park Drive<br>Port Washington, NY 11050 | | | | | | $50,740.00 |
| **Health Resources & Svcs. Admin.**<br>**US. Dept. Healh & Human Svcs.**<br>5600 Fishers Lane<br>Rockville, MD 20857 | | | | | | $36,834.11 |

Debtor  **Peter Rinaldi DMD LLC**   Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Henry Schein, Inc. P.O. Box 382060 Pittsburgh, PA 15250** | | **Dental equipment, furnishings, inventory and accounts receivable.** | | $36,657.00 | $190,197.56 | $36,657.00 |
| **Kapitus 2500 Wilson Blvd. Arlington, VA 22201** | | | | | | $32,089.00 |
| **VitalCap 48 Wall Street New York, NY 10005** | | | | | | $31,714.00 |
| **Montgomery County, MD Department of Finance Personal Prop. Tax Division 27 Courthouse Square, Suite 200 Rockville, MD 20850** | | **Personal property tax** | | | | $20,668.36 |
| **Strategic Tax Planning P.O. Box 1828 Annapolis, MD 21404** | | | | | | $15,000.00 |
| **Altus Receivables Mgmt. 2121 Airline Drive Metairie, LA 70001** | | | | | | $5,087.81 |
| **Chevy Chase Land Co. 5417 Wisconsin Ave., Ste. 320 Chevy Chase, MD 20815** | | **Rent** | **Contingent Unliquidated Disputed** | | | $0.00 |

# United States Bankruptcy Court
## District of Maryland

In re **Peter Rinaldi DMD LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Peter Rinaldi**<br>**7816 Stable Way**<br>**Potomac, MD 20854** | | **100%** | **LLC membership** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **January 19, 2024**

Signature **/s/ Peter Rinaldi**
**Peter Rinaldi**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Maryland

In re  **Peter Rinaldi DMD LLC**                                         Case No.
                                  Debtor(s)                              Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 19, 2024**                    **/s/ Peter Rinaldi**
                                                **Peter Rinaldi**/**Owner**
                                                Signer/Title

```
Altus Receivables Mgmt.
2121 Airline Drive
Metairie, LA 70001



Chevy Chase Land Co.
5417 Wisconsin Ave., Ste. 320
Chevy Chase, MD 20815



Firstrust Bank
1 Walnut Grove Drive
Horsham, PA 19044



Health Resources & Svcs. Admin.
US. Dept. Healh & Human Svcs.
5600 Fishers Lane
Rockville, MD 20857



Henry Schein, Inc.
P.O. Box 382060
Pittsburgh, PA 15250



Jason J. Kim Dental Aesthetics
5 Harbor Park Drive
Port Washington, NY 11050



Kapitus
2500 Wilson Blvd.
Arlington, VA 22201



Paul R. Monsees, Esq.
Foley & Lardner LLP
3000 K Street, NW, Ste. 600
Washington, DC 20007



Montgomery County, MD
Department of Finance
Personal Prop. Tax Division
27 Courthouse Square, Suite 200
Rockville, MD 20850
```

```
Peter Rinaldi
7816 Stable Way
Potomac, MD 20854



SREIT Barlow, LLC
1255 23rd Street NW, Ste. 250
Washington, DC 20037



Strategic Tax Planning
P.O. Box 1828
Annapolis, MD 21404



U.S. Attorney for Maryland
36 S. Charles Street
4th Floor
Baltimore, MD 21201



U.S. Small Business Admin.
Washington District Office
1110 Vermont Ave., N.W. #900
Washington, DC 20005



U.S. Small Business Admin.
2120 Riverfront Drive, Ste. 100
Little Rock, AR 72202-1747



US Bank
800 Nicollet Mall
Minneapolis, MN 55402



VitalCap
48 Wall Street
New York, NY 10005
```

# United States Bankruptcy Court
## District of Maryland

In re  **Peter Rinaldi DMD LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Peter Rinaldi DMD LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 19, 2024**  
Date

**/s/ David E. Lynn**  
**David E. Lynn MDFedBar#08779**  
Signature of Attorney or Litigant  
Counsel for **Peter Rinaldi DMD LLC**  
David E. Lynn, P.C.  
15245 Shady Grove Road, Suite 465 N  
Rockville, MD 20850  
301-255-0100  
davidlynn@verizon.net